# IN THE 14TH CIRCUIT COURT of RANDOLPH COUNTY, STATE of MISSOURI

## CASE NUMBER 26RA-CV00135 AMENDED WITH AMOUNT IN DAMAGES.

FILED

MAR 16 2026

MICHELLE CHAPMAN
CIRCUIT CLERK
RANDOLPH COUNTY, MO

| | | |
|---|---|---|
| Plaintiff, Jeffery L Chick | ) | Address: 404 Dickens St |
| | ) | Clark, Mo 65243 |
| VS | ) | Phone: 573-253-4682 |
| | ) | |
| Defendant, Walmart Inc | ) | Address: 702 SW 8TH St |
| | ) | Bentonville, AR 72176 |
| | ) | Agent Representing |
| | ) | Defendant: |
| | ) | CT Corporation System |
| | ) | Telegraph Rd Suit B |
| | ) | St Louis, Mo 63126 |
| | ) | Phone: 1-314-477-9503 |

AMENDED CIVIL with amount of damages Plaintiff is seeking: Defamation/Libel

**EXHIBIT B**

# IN THE 14TH CIRCUIT COURT of RANDOLPH COUNTY, STATE of MISSOURI

1) Plaintiff asserts Defendant willfully, knowingly and with malice.

2) Published false sexual harassment claim against Plaintiff with The Missouri Department of Labor and Industrial Relations

3) Defendant stated that Plaintiff repeatedly ask anonymous for their phone number.

4) Plaintiff vehemently states that allegation is false.

5) Defendant stated Plaintiff repeatedly stuck their phone in anonymous face.

6) Plaintiff vehemently states that allegation is false.

7) Defendant stated that Plaintiff repeatedly invaded anonymous space.

8) Plaintiff vehemently states that allegation is false.

9) Defendant, stated they have closed circuit tv footage and witnesses

10) Defendant, on 12/29/2025 had the opportunity to present all of their alleged evidence at the unemployment hearing and they failed to appear for the hearing

# IN THE 14ᵀᴴ CIRCUIT COURT of RANDOLPH COUNTY, STATE of MISSOURI

11) The Tribunal stated Defendant/Walmart had the burden of proof and they failed to meet that burden.

12) Defendant had 30 days to appeal Tribunals decision and failed to do so.

13) Affects from these false accusations include but not limited to.

14) Plaintiff has experienced great mental anguish and depression.

15) Plaintiff has experienced irreparable damage to reputation and career.

16) Plaintiff states that the damage to reputation has and will have a profound effect on income.

17) Plaintiff is terrified to apply for new employment for fear of having to inform prospective employers why they lost their previous job.

Plaintiff is seeking ( $1,00000.00 ) One Million U.S Dollars in damage as a result Defendants actions

Jeffery Lee Chick